AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RANA D. GROH,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**STATE FARM MUTUAL**        **CASE NO. C2-10-918**
**AUTOMOBILE INSURANCE CO.,**       **JUDGE EDMUND A. SARGUS, JR.**
                                                     **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendant.**

    ___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    _X_   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the OPINION AND ORDER filed August 9, 2011, JUDGMENT is hereby entered in favor of the Defendant and this case is DISMISSED.**

Date: August 9, 2011                                           JAMES BONINI, CLERK

                                                     _/S/ Andy F. Quisumbing_
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk